JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 329 -- IN RE PETROL STOPS NORTHWEST EMPLOYMENT PRACTICES LITIGATION

| Date | No. Code | |
|---|---|---|
| 12/2/77 | | ORDER TO SHOW CAUSE -- Why A-1 through A-5 should not be transferred to one district for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 |
| 12/12/77 | | APPEARANCE -- Sandra K. Rogers, Esquire for Ray Marshall, Secretary of Labor, U.S. Dept. of Labor <br> Fred Luyties, Esq. for Herbert W. Timms, Robert O. Bogert, Timms and Borgert d/b/a Petrol Stops Northwest and Petrol Stopy Northsest, a Partnership |
| 12/15/77 | 1 | RESPONSE - Defendants -- w/cert. of service (cds) |
| 12/23/77 | 2 | RESPONSE - PLAINTIFF RAY MARSHALL, SEC. OF LABOR -- w/cert. of serv.(cds) |
| 12/29/77 | | HEARING ORDER -- Setting A-1, A-2, A-3, A-4 for Hearing, Jan. 27, 1978 Miami, Florida |
| 1/17/78 | | WAIVER OF ORAL ARGUMENT -- Suggesting Transferee District C. Cal. or E. Cal., SECRETARY OF LABOR w/cert of service (rew) |
| 1/17/78 | 3 | SUPPLEMENTAL RESPONSE -- WAIVER OF ORAL ARGUMENT -- DEFENDANTS (rew) w/cert of service |
| 2/27/78 | | CONSENT OF TRANSFEREE COURT -- Assigning litigation to Judge Robert C. Belloni for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (ea) |
| 2/27/78 | | ORDER -- transferring A-1, A-3, A-4 and A-5 to be consolidated with A-2 in the District Oregon for consolidated or coordinated pretrial proceedings pursuant to 28 U.S.C. §1407. (ea) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 329 -- IN RE PETROL STOPS NORTHWEST EMPLOYMENT PRACTICES LIT.

| Date | Ref. | Pleading Description |
|---|---|---|
| 8/15/79 | | SUGGESTION OF REMAND -- Judge Belloni -- (A-1, A-3, A-4 and A-5)   (emh) |
| 8/15/79 | | ORDER REMANDING ACTIONS -- <br> A-1 Marshall v. Herbert W. Timms, etc. d/b/a Petrol Stops Northwest, C.A. No. 78-188-BE (Ariz. 77-134) <br> A-3 Marshall v. Petrol Stops Northwest, C.A. No. 78-189-BE (C.D. Cal. CV77-2541-IH) <br> A-4 Marshall v. Petrol Stops Northwest, C.A. NO. 78-190-BE (E.D. Cal. Civ. S-77-356-PCW) <br> A-5 Marshall v. Petrol Stops Northwest, C.A. No. 78-191-BE (W.D. Wash. C77-507M) <br> NOTIFIED CLERKS, JUDGE AND COUNSEL   (emh) |

JPML Form 1      Transfer Order Filed 2/27/78                  446 F. Supp. 241

DOCKET NO. 329 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE PETROL STOPS NORTHWEST EMPLOYMENT PRACTICES LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s)  Jan. 27, 1978

Consolidation Ordered  2/27/78          Consolidation Denied _____

Opinion and/or Order  2/27/78
Citation  446 F.Supp. 241

Transferee District  D. Oregon            Transferee Judge  Robert C. Belloni

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Ray Marshall, Secretary of Labor, U.S. Dept. of Labor v. Herbert W. Timms and Robert Borgert d/b/a Petrol Stops Northwest | D. Ariz. Frey | 77-134 | 2/27/78 | 78-188-BE | 8/15/79 | |
| A-2 | Ray Marshall, Secretary of Labor, U.S. Dept. of Labor v. Petrol Stops Northwest | D. Org. | 77-0492 | Dismissed | | 7/30/79 | |
| A-3 | Ray Marshall, Secretary of Labor, U.S. Dept. of Labor v. Petrol Stops Northwest | C.D.CAL Hill | CV77-2541-IH | 2/27/78 | 78-189-BE | 8/15/79 | |
| A-4 | Ray Marshall, Secretary of Labor, U.S. Dept. of Labor v. Petrol Stops Northwest | E.D.Cal Wilkins | Civ. S-77-356-PCW | 2/27/78 | 78-190-BE | 8/15/79 | |
| A-5 | Ray Marshall, Secretary of Labor, U.S. Dept. of Labor v. Petrol Stops Northwest | W.D.Wash McGovern | C77-507M | 2/27/78 | 78-191-BE | 8/15/79 | |

July 1979 - 4 TR; 1-XYZ = 5 Pdg.

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 329 -- IN RE PETROL STOPS NORTHWEST EMPLOYMENT

PRACTICES LITIGATION

RAY MARSHALL, SECRETARY OF LABOR,
U.S. DEPT. OF LABOR
Sandra K. Rogers, Esquire
U. S. Department of Labor
Office of Solitor
450 Golden Gate
San Francisco, California  94102

HERBERT W. TIMMS
ROBERT O. BORGERT
HERBERT W. TIMMS AND ROBERT O. BORGERT
  d/b/a/ Petrol Stops Northwest
PETROL STOPS NORTHWEST, a Partnership
Fred Luyties, Esquire
Molloy, Jones, Donahue, Trachta
  & Childers
P.O. Box 2268
33 N. Stone Avenue
Tucson, Arizona  85702