DOCKET NO. 329

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PETROL STOPS NORTHWEST EMPLOYMENT PRACTICES LITIGATION

TRANSFER ORDER

It appearing that all parties to the actions listed on the attached Schedule A agree on the desirability of transferring those actions pending in districts other than the District of Oregon to that district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407, and the Panel having found upon consideration of the papers submitted that these actions involve common questions of fact and that transfer to the District of Oregon will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation,

IT IS ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the District of Oregon be, and the same hereby are, transferred to that district and, with the consent of that court, assigned to the Honorable Robert C. Belloni for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

_John Minor Wisdom_
John Minor Wisdom
Chairman

DOCKET NO. 329                                      SCHEDULE A

### DISTRICT OF ARIZONA

Ray Marshall, Secretary of Labor,                   Civil Action
U.S. Department of Labor v. Herbert W.              No. 77-134-TUC-WCF
Timms and Robert Borgert d/b/a Petrol
Stops Northwest

### DISTRICT OF OREGON

Ray Marshall, Secretary of Labor,                   Civil Action
U.S. Department of Labor v. Petrol Stops            No. 77-0492
Northwest

### CENTRAL DISTRICT OF CALIFORNIA

Ray Marshall, Secretary of Labor, U.S.              Civil Action
Department of Labor v. Petrol Stops                 No. CV77-2541-IH
Northwest

### EASTERN DISTRICT OF CALIFORNIA

Ray Marshall, Secretary of Labor, U.S.              Civil Action
Department of Labor v. Petrol Stops                 No. Civ. S-77-356-PCW
Northwest

### WESTERN DISTRICT OF WASHINGTON

Ray Marshall, Secretary of Labor, U.S.              Civil Action
Department of Labor v. Petrol Stops                 No. C77-507M
Northwest

DOCKET NO. 329

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PETROL STOPS NORTHWEST EMPLOYMENT PRACTICES LITIGATION

TO COUNSEL FOR ALL PARTIES INVOLVED IN THE PETROL STOPS
NORTHWEST EMPLOYMENT PRACTICES LITIGATION

ORDER TO SHOW CAUSE

You and each of you are hereby ORDERED to show cause why the actions listed on the attached Schedule A should not be transferred pursuant to 28 U.S.C. §1407 to a single district for coordinated or consolidated pretrial proceedings.

Responses to this order shall confrom with the requirements of Rule 8 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 65 F.R.D. 253 (1975).

You are further notified that the issuing of this order by the Panel does not affect or suspend orders and discovery proceedings in the district courts in which said multidistrict litigation is pending, RPJPML (Rule 16).

FOR THE PANEL:

John Minor Wisdom
Chairman

Attachment

DOCKET NO. 329                                              SCHEDULE A

### DISTRICT OF ARIZONA

Ray Marshall, Secretary of Labor, U. S.            Civil Action
Department of Labor v. Herbert W. Timms            No. 77-134
and Robert Borgert d/b/a Petrol Stops
Northwest

### DISTRICT OF OREGON

Ray Marshall, Secretary of Labor, U. S.            Civil Action
Department of Labor v. Petrol Stops                No. 77-0492
Northwest

### CENTRAL DISTRICT OF CALIFORNIA

Ray Marshall, Secretary of Labor, U. S.            Civil Action
Department of Labor v. Petrol Stops                No. CV77-2541-IH
Northwest

### EASTERN DISTRICT OF CALIFORNIA

Ray Marshall, Secretary of Labor, U. S.            Civil Action
Department of Labor v. Petrol Stops                No. Civ. S-77-356-PCW
Northwest

### WESTERN DISTRICT OF WASHINGTON

Ray Marshall, Secretary of Labor, U. S.            Civil Action
Department of Labor v. Petrol Stops                No. C77-507M
Northwest

DOCKET NO. 329

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PETROL STOPS NORTHWEST EMPLOYMENT PRACTICES LITIGATION

TRANSFER ORDER

It appearing that all parties to the actions listed on the attached Schedule A agree on the desirability of transferring those actions pending in districts other than the District of Oregon to that district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407, and the Panel having found upon consideration of the papers submitted that these actions involve common questions of fact and that transfer to the District of Oregon will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation,

IT IS ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the District of Oregon be, and the same hereby are, transferred to that district and, with the consent of that court, assigned to the Honorable Robert C. Belloni for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

John Minor Wisdom
Chairman

DOCKET NO. 329                                                   SCHEDULE A

### DISTRICT OF ARIZONA

Ray Marshall, Secretary of Labor, U.S. Department of Labor v. Herbert W. Timms and Robert Borgert d/b/a Petrol Stops Northwest

Civil Action No. 77-134-TUC-WCF

### DISTRICT OF OREGON

Ray Marshall, Secretary of Labor, U.S. Department of Labor v. Petrol Stops Northwest

Civil Action No. 77-0492

### CENTRAL DISTRICT OF CALIFORNIA

Ray Marshall, Secretary of Labor, U.S. Department of Labor v. Petrol Stops Northwest

Civil Action No. CV77-2541-IH

### EASTERN DISTRICT OF CALIFORNIA

Ray Marshall, Secretary of Labor, U.S. Department of Labor v. Petrol Stops Northwest

Civil Action No. Civ. S-77-356-PCW

### WESTERN DISTRICT OF WASHINGTON

Ray Marshall, Secretary of Labor, U.S. Department of Labor v. Petrol Stops Northwest

Civil Action No. C77-507M